# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

WENCOR GROUP, LLC,

    *Plaintiff*,

v.

KENNETH HUNTER MITCHEM,

    *Defendant*.

Civil Action No.
3:24-cv-00011-TCB

## DEFENDANT KENNETH HUNTER MITCHEM'S MOTION TO DISMISS

For the reasons set forth in the attached brief in support, Defendant Kenneth Hunter Mitchem moves to dismiss Plaintiff Wencor Group, LLC's Complaint, pursuant to Rules 8(a)(2), 10(b), and 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 4th day of March, 2024.

    */s/ Edward A. Bedard*
    Richard L. Robbins    608030
    Jeremy U. Littlefield    141539
    Edward A. Bedard    926148
    ROBBINS ALLOY BELINFANTE
      LITTLEFIELD LLC
    500 14th Street, NW
    Atlanta, Georgia 30318
    T: 678-701-9320
    E: ebedard@robbinsfirm.com
       rrobbins@robbinsfirm.com
       jlittlefield@robbinsfirm.com

*Counsel for Defendant*
*Kenneth Hunter Mitchem*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that Defendant's Motion to Dismiss has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 14-pt Times New Roman font and type.

<u>*/s/ Edward A. Bedard*</u>
Edward A. Bedard